IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINICK ANTONIO BATTS,** | : | **CIVIL ACTION NO. 1:07-CV-1791** |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **R. MARTINEZ,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 29th day of January, 2008, upon consideration of plaintiff's motion for reconsideration (Doc. 18), asking the court to vacate and/or alter the order of court dated January 16, 2008 (Doc. 17), and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 18) is DENIED.

                                            /s/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge